IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN,** | ) |
| Plaintiff, | ) **CIVIL ACTION NO.** |
| v. | ) |
| **PINEY WOODS INVESTMENTS, L.L.C., SWEETWATER FRANCHISE GROUP, LLC, and SONIC CORP,** | ) **1:18-cv-00269-LG-RHW** |
| Defendants. | ) |

## NOTICE OF DISMISSAL

**COMES NOW**, the Plaintiff, Patrick Dunn, and pursuant to the provisions of Rule 41(a)(1)(A)(i), *Fed. R. Civ. P.,* Plaintiff hereby dismisses Piney Woods Investments L.L.C., as a party Defendant.

Respectfully Submitted, this the 26th Day of September, 2018.

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have transmitted the aforementioned Document by USPS mail or electronic mail, postage prepaid and properly addressed this 26th day of September, 2018 to the following:

**John M. Flynt**
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
Jackson, MS 39201
Phone: 601-973-8797
Fax: 601-960-6902
Email: jflynt@brunini.com

**Joseph R. Tullos**
JACKSON, ARRINGTON, TULLOS & ROGERS,PLLC
P. O. Box 15517
309 South 40th Ave. (39402)
Hattiesburg, MS 39404-5517
jtullos@jacksonfirm.com

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*