**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**PATRICK DUNN**                                                               **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 1:18-CV-00269-LG-RHW**

**PINEY WOODS INVESTMENTS, LLC,**
**SWEETWATER FRANCHISE GROUP, LLC, and**
**SONIC CORP.**                                                               **DEFENDANTS**

---

### JOINT NOTICE OF SETTLEMENT

---

Defendants Sweetwater Franchise Group, LLC and Sonic Corp. and Plaintiff Patrick Dunn, by and through their attorneys in this regard, provide their Joint Notice of Settlement, and in support thereof state as follows:

1. The parties have reached an agreement as to the resolution of this ENTIRE litigation and as to ALL parties.

2. The parties are in the process of executing the Settlement Agreement and anticipate completing the same within the next thirty (30) days.

3. The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, the parties provide their Joint Notice of the Settlement in this matter, and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety and as to all parties.

Dated: December 14, 2018                          Respectfully submitted,


By: s/ Bradley Davis McAdory             By: /s/ Steve A. Miller /s/
     Bradley Davis McAdory                    Steve A. Miller
     Pshon Barrett Esq.                        Scott C. Fanning

FPDOCS 34817632.1

ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106
bdm@ADA-firm.com
Pshon.Barrett@ADA-Firm.com

*Attorneys for Plaintiff*

Fisher & Phillips LLP
10 South Wacker Drive
Suite 3450
Chicago, Illinois 60606
Telephone:  (312) 346-8061
Facsimile:  (312) 346-3179
Email:   smiller@fisherphillips.com
              sfanning@fisherphillips.com

Jaklyn Wrigley, Esq. (MSB# 103773)
FISHER & PHILLIPS LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
(228) 822-1440 - Telephone
(228) 822-1441 - Facsimile
jwrigley@fisherphillips.com

*For Defendants Sonic Corp. and*
*Sweetwater Franchise Group, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the forgoing **JOINT NOTICE OF SETTLEMENT** with the

Clerk of Court utilizing the ECF-System which sent a copy of same to all counsel of record.

SO CERTIFIED this the 14th day of December, 2018.

*s/ Steve A. Miller* _____

Steve A. Miller

FPDOCS 34817632.1